UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL DALEY,<br><br>　　　　　Plaintiff,<br>v.<br>STRATOSPHERE GAMING LLC.,<br>*et al*.,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00604-JAD-GWF<br><br>**ORDER** |

　　　　This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (ECF No. 1) in this matter was filed April 4, 2018. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, Plaintiff has failed to comply. Accordingly,

　　　　**IT IS ORDERED** that Plaintiffs shall file their Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **May 14, 2018.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

　　　　Dated this 7th day of May, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1